Reilly v Grieco (2025 NY Slip Op 05712)

Reilly v Grieco

2025 NY Slip Op 05712

Decided on October 15, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 15, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
VALERIE BRATHWAITE NELSON
PHILLIP HOM
ELENA GOLDBERG VELAZQUEZ, JJ.

2024-12236 
2024-12238
 (Index No. 61081/21)

[*1]Diane Reilly, respondent,
v
Daniel Grieco, appellant.

Stephen R. Lewis, White Plains, NY, for appellant.
Kevin T. Mulhearn, P.C., Orangeburg, NY, for respondent.

DECISION & ORDER
In an action, inter alia, to recover damages for assault and battery, the defendant appeals from (1) an order of the Supreme Court, Westchester County (Leonard D. Steinman, J.), dated August 15, 2022, and (2) an order of the same court (Helen M. Blackwood, J.) dated November 18, 2022. The order dated August 15, 2022, granted the plaintiff's unopposed motion for leave to enter a default judgment against the defendant on the issue of liability. The order dated November 18, 2022, denied the defendant's motion, among other things, pursuant to CPLR 5015(a)(1) to vacate his default in appearing or answering the complaint.
ORDERED that the appeals are dismissed, without costs or disbursements.
The appeal from the order dated August 15, 2022, must be dismissed, as no appeal lies from an order entered upon the default of the appealing party (see CPLR 5511; Saljooki Enters., Inc. v Lodati, 236 AD3d 698, 699).
The appeal from the order dated November 18, 2022, must be dismissed because the right of direct appeal therefrom terminated with entry of the judgment in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeal from this order are brought up for review and are considered on the appeal from the judgment (Reilly v Grieco, ____ AD3d ____ [Appellate Division Docket Nos. 2023-11308, 2024-12235, 2025-00391; decided herewith]; see CPLR 5501[a][1]).
CONNOLLY, J.P., BRATHWAITE NELSON, HOM and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court